UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK TRAMMELL, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KLN ENTERPRISES, INC., dba Wiley Wallaby, a Minnesota corporation,<br><br>Defendant. | Case No.: 3:23-cv-01884-H-JLB<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO DISMISS** |

On December 21, 2023, Defendant KLN Enterprises, Inc. ("Defendant") filed a motion to dismiss Plaintiff Mark Trammell's ("Plaintiff") complaint pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), and 12(b)(6). (Doc. No. 6.) On January 12, 2024, Plaintiff filed a response in opposition to Defendant's motion to dismiss. (Doc. No. 7.) On January 22, 2024, Defendant filed a reply. (Doc. No. 10.)

A hearing on Defendant's motion to dismiss is currently scheduled for Monday, March 11, 2024, at 10:30 a.m. Pacific Time. The Court, pursuant to its discretion under Civil Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

**IT IS SO ORDERED.**

DATED: February 13, 2024

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT