Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff
MARK TRAMMELL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK TRAMMELL, *individually and on behalf of all those similarly situated*, *Plaintiff*, v. KLN ENTERPRISES INC., dba Wiley Wallaby, *a Minnesota corporation*, *Defendant*. | No. 3:23-cv-01884-H-JLB<br>**REQUEST FOR JUDICIAL NOTICE**<br>Hearing: July 15, 2024<br>Time: 10:30 am<br>Judge: Hon. Marilyn L. Huff<br>Courtroom: 12A<br>Complaint Filed: October 16, 2023<br>Trial Date: None Set |

Plaintiff Mark Trammell requests that this Court take judicial notice pursuant to Fed. R. Evid. 201(b) of an amicus brief filed by Rob Bonta, the Attorney General of the State of California, into the docket of *Souter v. Edgewell Personal Care Company*, No. 22-55898 (9th Cir.). This amicus brief was filed as Docket Entry 21 on January 30, 2023 and is attached to this Request as Exhibit A.

This Court may take judicial notice of pleadings, memorandum, and other filings in a federal court. *See, e.g., Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); *Asdar Group v. Pillsbury, Madison & Sutro*, 99 F.3d 289, 290 n.1 (9th Cir. 1996). As the statement of the California Attorney General's views on the scope and purpose of the "reasonable consumer" standard under the CLRA and UCL, this amicus brief has a "direct relation to the matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

Considering the foregoing, Plaintiff respectfully requests that the Court take judicial notice of Exhibit A attached hereto.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff

July 1, 2024