Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff
MARK TRAMMELL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK TRAMMELL, *individually and on behalf of all those similarly situated*,<br><br>*Plaintiff*,<br><br>*v*.<br><br>KLN ENTERPRISES INC., dba Wiley Wallaby, *a Minnesota corporation,*<br><br>*Defendant*. | No. 3:23-cv-01884-H-JLB<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY RELEVANT TO DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hearing: July 15, 2024<br>Time: 10:30 am<br>Judge: Hon. Marilyn L. Huff<br>Courtroom: 12A<br><br>Complaint Filed: October 16, 2023<br>Trial Date: None Set |

Plaintiff Mark Trammell respectfully submits the following relevant judicial authority which was published after briefing on Defendant's motion to dismiss was completed: the recently published opinion of the U.S. Court of Appeals for the Ninth Circuit in *Whiteside v. Kimberly Clark Corp*., -- F.4th ---, No. 23-55581, 2024 WL 3435308 (9th Cir. July 17, 2024).

In its motion to dismiss, Defendant KLN Enterprises argued that because the Products' "ingredient list discloses the existence of ingredients, like polydextrose (a synthetic polymer of glucose), that a reasonable consumer would understand, or at least suspect, to be artificial," no reasonable consumer could believe that the Products are artificially flavored, despite the front and back label statements that the Products are "Naturally Flavored" and "Free of … Artificial Colors & Flavors." Mot. 17.

In *Whiteside*, the Ninth Circuit directly rejects this argument. It held that when a plaintiff plausibly alleges that a reasonable consumer could interpret the front label as "unambiguously representing" that products do not contain synthetic ingredients, these allegations "preclude Defendant's reliance on the back-label ingredients list" on a motion to dismiss. *Whiteside v. Kimberly Clark Corp*., --- F.4th ---, 2024 WL 3435308, at *8 (9th Cir. 2024). "The back label may persuade the fact-finder that the Products' packaging is not misleading, but it is not a basis for dismissal under FRCP 12(b)(6)." *Id*.

The same analysis applies here. KLN's Products' labels make an unambiguous claim to be "Naturally Flavored" and "Free of … Artificial Colors & Flavors," reinforcing the claim with depictions of fruits. FAC ¶ 21. Under *Whiteside*, a reasonable consumer is neither required nor expected to peruse the Products' ingredient list for clues that KLN was not telling the truth when it made those unambiguous label statements concerning the Products' flavoring.

A copy of the Ninth Circuit's slip opinion is attached hereto as Exhibit A.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff

July 24, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this date, July 24, 2024, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiff