

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Trammell, individually and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>V.<br><br>KLN Enterprises, Inc., a Minnesota corporation doing business as Wiley Wallaby<br><br>Defendant. | Civil Action No.   23-cv-1884-H-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendant's motion to dismiss, and the Court dismisses Plaintiff's FAC. Because the deficiencies identified above cannot be cured by amendment of the FAC, the Court dismisses Plaintiff's FAC without leave to amend. This case is hereby closed.

Date:   9/13/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams

M.Williams, Deputy